| FORM B1 | United States Bankruptcy Court<br>**WESTERN** District of **NEW YORK** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Doro Dry Cleaning Co., Inc.,*<br>*a Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>*dba Coit Services* | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all) *16-0871644* | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all) |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>*3466 Genesee Street*<br>*Cheektowaga NY 14225* | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: *Erie* | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME* | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(If different from street address above): *SAME* | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s)    ☐ Railroad | | ☒ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 |
| ☒ Corporation    ☐ Stockbroker | | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership    ☐ Commodity Broker | | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____    ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ☒ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):** **FORM B1, Page 2**

*Doro Dry Cleaning Co., Inc.,*
*a Corporation*

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X */s/ Edwin R. Ilardo*
Signature of Attorney for Debtor(s)

*Edwin R. Ilardo*
Printed Name of Attorney for Debtor(s)

*Edwin R. Ilardo*
Firm Name

*5899 South Park Avenue*
Address

*P. O. Box 887*

*Hamburg NY 14075*

*(716) 646-1190     5/26/2005*
Telephone Number          Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Joseph A. Doro*
Signature of Authorized Individual

*Joseph A. Doro*
Printed Name of Authorized Individual

*President*
Title of Authorized Individual

*5/26/2005*
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____  *5/26/2005*
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

In re _Doro Dry Cleaning Co., Inc._____ / Debtor     Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | **TOTAL $** | _0.00_ |

No continuation sheets attached

**(Report also on Summary of Schedules.)**

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor    Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | _Cash_ <br> _Location: In debtor's possession_ | | $ 750.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _Checking account_ <br> _Location: Evans National Bank_ <br> _Sweethome Rd & Sheridan Dr._ | | $ 100.00 |
| | | _Checking account_ <br> _Location: M&T Bank_ <br> _Airport Plaza_ <br> _Cheektowaga, NY_ | | $ 500.00 |
| | | _Checking account_ <br> _Location: HSBC_ <br> _Union Rd._ <br> _Cheektowaga, NY_ | | $ 500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | _Term Insurance-No cash value_ <br> _Location: Keyman_ | | $ 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Page ___1___ of ___3___

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor     Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | _Accounts Receivables_ _Location: In debtor's possession_ | | $ 11,000.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | | _Coit Drapery Cleaners, Inc._ _Location: In debtor's possession_ | | $ 0.00 |
| 23. Automobiles, trucks, trailers and other vehicles. | | _See attached list of 36 vehicles_ _Est. value $125,000.00_ _Location: In debtor's possession_ | | $ 125,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | _See Attached list of office equipment,_ _furnishing & supplies_ _Location: In debtor's possession_ | | $ 2,500.00 |

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor      Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment and supplies used in business. | | _See attached list_<br>_Chemicals, Soaps, Carpet cleaning equipment_<br>_Location: In debtor's possession_ | | $ 1,000.00 |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __3__ of __3__                                                      **Total ➤**      $ 141,350.00

(Report also on Summary of Schedules.)

Include amounts from any continuation sheets attached.

FORM B6D (12/03) West Group, Rochester, NY

In re _Doro Dry Cleaning Co., Inc._ _____/ Debtor     Case No._____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: <br> **Creditor # : 1** <br> **G. M. A. C.** <br> **P O Box 660208** <br> **Dallas TX 75266** | | _2003_ <br> _2003 GMC Savannas (3)_ <br> _See attached list of 36 vehicles_ <br><br> Value: **$ 125,000.00** | | | | **$ 54,000.00** | **$ 0.00** |
| Account No: **0975** <br> **Creditor # : 2** <br> **HSBC** <br> **One HSBC Center** <br> **18th Floor** <br> **Buffalo NY 14203** | X | <br><br> Value: **$ 0.00** | | | | **$ 162,184.00** | **$ 162,184.00** |
| Account No: **3448** <br> **Creditor # : 3** <br> **M&T Bank** <br> **One M&T Plaza** <br> **Buffalo NY 14240** | X | _Carpet Cleaning Equipment_ <br><br> Value: **$ 0.00** | | | | **$ 77,889.00** | **$ 77,889.00** |
| Account No: | | <br> Value: | | | | | |

No continuation sheets attached

Subtotal $    **294,073.00**
(Total of this page)

Total $    **294,073.00**
(Use only on last page. Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_ continuation sheets attached

In re _Doro Dry Cleaning Co., Inc._ _____/ Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: _44-8_  Creditor # : 1 New York State Dept Tax & Fin NYS Assessment Receivables P O Box 4127 Binghamton NY 13902-4127 | | _2003-2005_ _State income taxes_ | | | | $ 193,000.00 | $ 187,000.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. ___1___ of ___1___ continuation sheets attached to

Schedule of Creditors

Subtotal $     193,000.00
(Total of this page)
(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor    Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State.<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 1<br>.<br>500 First Federal Plaza<br>Rochester NY 14614 | | 05/2005<br><br>Healthworks WNY. | | | | $ 1.00 |
| Account No:<br><br>Creditor # : 2<br>A & S Collection Associates<br>6280 State Route 96<br>Victor  NY 14564 | | 07/2004<br><br>Collection agency for Steamway Plus Distributors. | | | | $ 1.00 |
| Account No:<br><br>Creditor # : 3<br>Aaron, Dautch, Sternberg et al<br>Convention Center Tower<br>43 Court Street Ste 370<br>Buffalo NY 14202-3172 | | 12/2004-04/2005<br><br>Represents Stoney's Parts Plus. | | | | $ 1.00 |
| Account No:<br><br>Creditor # : 4<br>Abatement Technologies<br>2220 Northmont Parkway<br>Suite 100<br>Duluth GA 30096 | | 10/2003 | | | | $ 266.55 |

_41_ continuation sheets attached

Subtotal $     269.55
(Total of this page)

Total $
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor    Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: Creditor # : 5 Action Towing of Rochester P O Box 22956 Rochester NY 14892-2958 | | 12/2004 Goods or Services | | | | | $ 218.67 |
| Account No: Creditor # : 6 Adam Cohen 43 Cresthill Drive Rochester NY 14624 | | | | | | | $ 75.00 |
| Account No: Creditor # : 7 Adelphia Business Solutions P O Box 932004 Atlanta GA 31193-2005 | | 10/2002-05/2003 | | | | | $ 6,545.44 |
| Account No: Creditor # : 8 Advantium Consult & Training 2488 Union Road Buffalo NY 14227 | | 07-08/2002 | | | | | $ 202.00 |
| Account No: Creditor # : 9 Airborne Express P O Box 91001 Seattle WA 98111 | | 01-03/2004 | | | | | $ 42.94 |
| Account No: Creditor # : 10 Airport Locksmiths 3509 1/2 Genesee Street Buffalo NY 14225 | | 07/2002 | | | | | $ 93.96 |

Sheet No. _1_ of _41_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**
(Total of this page)    7,178.01

**Total $**
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor    Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | | | H--Husband W--Wife J--Joint C--Community | | | | | |
| **Account No:** _Creditor # : 11_ _Airtek_ _4087 Walden Avenue_ _Lancaster NY 14086_ | | _05/2005_ | | | | | | $ 750.00 |
| **Account No:** _Creditor # : 12_ _Alfred Doro Trust_ _112 Halston_ _East Amherst NY 14051_ | | | | | | | | $ 1.00 |
| **Account No:** _Creditor # : 13_ _All Machine Maintenance_ | | _09/2003_ | | | | | | $ 97.70 |
| **Account No:** _Creditor # : 14_ _Alltell of New York_ _201 East 4th Street_ _Jamestown NY 14701_ | | _05/2002-10/2002_ | | | | | | $ 1.00 |
| **Account No:** _Creditor # : 15_ _Amherst Quick Print_ _4011 Bailey Avenue_ _Buffalo NY 14226_ | | _10/2004_ | | | | | | $ 505.53 |
| **Account No:** _Creditor # : 16_ _Andrews Bernstein & Maranto_ _9 Delaware Avenue_ _Suite 1200_ _Buffalo NY 14202_ | | _Represent Prentice Office Equipment._ | | | | | | $ 1.00 |

Sheet No. _2_ of _41_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | 1,356.23
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor    Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 17 <br> Ann Star | | | | | | $ 25.00 |
| Account No: <br> Creditor # : 18 <br> Arch <br> 10 Hemlock Street <br> Albany NY 12210 | | 05/2002 | | | | $ 13.87 |
| Account No: <br> Creditor # : 19 <br> Arsi Recovery Service, Inc. <br> Thousand Oaks CA 91358 | | 12/2004 <br> Collection agency for Qwest. | | | | $ 1.00 |
| Account No: <br> Creditor # : 20 <br> ASAP Automotive <br> 407 Cambridge Avenue <br> Syracuse NY 13208 | | 12/2004 | | | | $ 58.93 |
| Account No: <br> Creditor # : 21 <br> Auto Rescue <br> 3005 Niagara Falls Blvd. <br> Amherst NY 14228 | | 10/2004 | | | | $ 1.00 |
| Account No: <br> Creditor # : 22 <br> Automatic Firing <br> 2100 Fillmore Avenue <br> Buffalo NY 14214 | | 11/2004 | | | | $ 1.00 |

Sheet No. _3_ of _41_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     100.80
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re  Doro Dry Cleaning Co., Inc.                    / Debtor          Case No._____
                                                                            (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 23 Avert, Inc. 301 Remington Street Fort Collins CO 80524 | | 08/2002-10/2002 | | | | $ 651.20 |
| Account No: Creditor # : 24 Baker Victory Services 790 Ridge Road Lackawanna NY 14218 | | 05/2005 | | | | $ 190.00 |
| Account No: Creditor # : 25 Baumgartner Furniture 3652 Genesee Street Cheektowaga NY 14225 | | 02/2002 | | | | $ 81.00 |
| Account No: Creditor # : 26 Bee Group Newspaper P O Box 150 Buffalo NY 14231-0150 | | 08/2003-02/2004 | | | | $ 574.31 |
| Account No: Creditor # : 27 Bennett & Deloney P O Box 190 Midvale UT 84047-0190 | | 05/2005  Represents Home Depot. | | | | $ 1.00 |
| Account No: Creditor # : 28 Bob's Auto 4167 Highland Pkwy Blasdell NY 14219 | | 12/2004 | | | | $ 1.00 |

Sheet No. 4 of 41 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  1,498.51
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor    Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Code debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 29 Booker T. Washington, Esq. 4285 Genesee Street Ste 3 P O Box 688 Cheektowaga NY 14225-0688 | | *Represents Donna Mecca.* | | | | $ 1.00 |
| Account No: Creditor # : 30 Borins Halpern & Paskowicz 520 Brisbane Bldg. 403 Main Street Buffalo NY 14203-2104 | | *03-04/2002* | | | | $ 2,608.05 |
| Account No: Creditor # : 31 Brian Parisi Copiers 4915 Genesee Street Cheektowaga NY 14225 | | *01/'05-05/'05* | | | | $ 1,532.41 |
| Account No: Creditor # : 32 Buffalo Industrial Chemicals P O Box 564 Grand Island NY 14072 | | *06/2002* | | | | $ 522.72 |
| Account No: Creditor # : 33 Buffalo News One News Plaza P O Box 100 Buffalo NY 14240 | | *07/2004* | | | | $ 185.80 |
| Account No: Creditor # : 34 Business Forms Assoc. 3374 Genesee Street Cheektowaga NY 14225 | | *12/2003* | | | | $ 129.49 |

Sheet No. __5__ of __41__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** (Total of this page) | 4,979.47 |
| **Total $** (Report total also on Summary of Schedules) | |

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor    Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 35_<br>_Cambridge Properties LLC_<br>_P O Box 188_<br>_Syracuse NY 13211_ | | _12/2004_ | | | | $ 13,791.38 |
| Account No:<br>_Creditor # : 36_<br>_Capital Heat_<br>_2975 Walden Avenue_<br>_Depew NY 14043_ | | _07/2003_ | | | | $ 695.00 |
| Account No:<br>_Creditor # : 37_<br>_Capital Heat, Inc._<br>_2975 Walden Avenue_<br>_Depew NY 14043_ | | _12/2004_ | | | | $ 695.00 |
| Account No:<br>_Creditor # : 38_<br>_Carol Robinson_<br>_154 Westchester Avenue_<br>_Rochester NY 14609_ | | | | | | $ 451.00 |
| Account No:<br>_Creditor # : 39_<br>_Carolyn Eliman_<br>_213 Arlidge Drive_<br>_Rochester NY 14616-4410_ | | | | | | $ 1,742.83 |
| Account No:<br>_Creditor # : 40_<br>_Carpet One_<br>_3195 Erie Blvd. East_<br>_DeWitt NY 13214_ | | _01/2004_ | | | | $ 150.00 |

Sheet No. **6** of **41** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** (Total of this page) | _17,525.21_ |
| **Total $** (Report total also on Summary of Schedules) | |

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor      Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 41<br>Casualty Adjusters Guide<br>670 Kaymar Drive | | 12/2002 | | | | $ 300.00 |
| Account No:<br>Creditor # : 42<br>Charles Valvo II | | | | | | $ 1.00 |
| Account No:<br>Creditor # : 43<br>Chemspec<br>P O Box 951014<br>Cleveland OH 44193 | | 12/2004-03/2005 | | | | $ 1,719.02 |
| Account No:<br>Creditor # : 44<br>Choice One<br>100 Chestnut Street<br>Suite 800<br>Rochester NY 14604 | | 03/2005 | | | | $ 2,113.83 |
| Account No:<br>Creditor # : 45<br>Chryslers Treasure Automotive<br>NAPA Auto Care Ctr<br>307 Factory Avenue<br>Syracuse NY 13208 | | 12/2004 | | | | $ 282.65 |
| Account No:<br>Creditor # : 46<br>Chudy Paper | | 11/2004 | | | | $ 1.00 |

Sheet No. __7__ of __41__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     4,417.50
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._____ / Debtor    Case No._____

                                                                            (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 47<br>CKEY<br>50 James Casey Drive<br>Buffalo NY 14206 | | 08/2002 | | | | $ 2,000.00 |
| Account No:<br>Creditor # : 48<br>Clear Channel 43<br>P O Box 847447<br>Dallas TX 75284-7447 | | 12/2004 | | | | $ 6,785.00 |
| Account No:<br>Creditor # : 49<br>Clear Channel 70427<br>P O Box 847447<br>Dallas TX 75284-7447 | | 12/2004 | | | | $ 4,932.90 |
| Account No:<br>Creditor # : 50<br>Clear Channel WIXT<br>P O Box 848072<br>Dallas TX 75284-8072 | | 12/2004 | | | | $ 10,710.00 |
| Account No:<br>Creditor # : 51<br>Cleve Hill Tire & Auto<br>1030 Cleveland Drive<br>Cheektowaga NY 14225 | | 12/2004 | | | | $ 902.86 |
| Account No:<br>Creditor # : 52<br>Coakley Disposal Service<br>3303 Rush Mendon Road<br>Honeoye Falls NY 14472 | | 01/2005 | | | | $ 3,421.14 |

Sheet No. _8_ of _41_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $      28,751.90
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re  _Doro Dry Cleaning Co., Inc._  _____ / Debtor     Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 53 <br> Coit Services <br> 897 Hinckley Road <br> Burlingame CA 94010 | | Franchise <br> Coit-Buffalo old | | | | $ 162,000.00 |
| Account No: <br> Creditor # : 54 <br> Coit Services <br> 897 Hinckley Road <br> Burlingame CA 94010 | | Franchise <br> Coit-Buffalo new | | | | $ 67,250.25 |
| Account No: <br> Creditor # : 55 <br> Commercial Collection Corp <br> 34 Seymour Street <br> Tonawanda NY 14150 | | 12/2004 <br><br> Collection agency for Cleve-Hill <br> Tire & Auto. | | | | $ 1.00 |
| Account No: <br> Creditor # : 56 <br> Computer Search Corp <br> 331 Audubon Parkway <br> Buffalo NY 14228 | | 08/2002 | | | | $ 150.00 |
| Account No: <br> Creditor # : 57 <br> Cortese Dodge <br> 2400 W. Henrietta Road <br> Rochester NY 14623 | | 01/2005 | | | | $ 400.82 |
| Account No: <br> Creditor # : 58 <br> Cramer-Krasselt Director Srvc <br> Department 975 <br> Milwaukee WI 53259-0975 | | 12/2004 | | | | $ 182.92 |

Sheet No.  _9_  of  _41_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)  |  229,984.99

Total $
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor      Case No. _____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** | | 05-12/2002 | | | | $ 108.72 |
| _Creditor # : 59_<br>_Creekside Shop_<br>_6050 Butternut Drive_<br>_East Syracuse NY 13057_ | | | | | | |
| **Account No:** | | 06/2002 | | | | $ 108.95 |
| _Creditor # : 60_<br>_Curtis Auto & Truck Repair_<br>_3519 Broadway_<br>_Buffalo NY 14227_ | | | | | | |
| **Account No:** | | 12/2004 | | | | $ 4,326.01 |
| _Creditor # : 61_<br>_D & S Automotive Srvcs_<br>_2964 Lockport Road_<br>_Niagara Falls NY 14305_ | | | | | | |
| **Account No:** | | 07/2002-01/2003 | | | | $ 992.87 |
| _Creditor # : 62_<br>_Data Supply_<br>_4230 B Ridge Lea Road_<br>_Amherst NY 14228_ | | | | | | |
| **Account No:** | | | | | | $ 0.00 |
| _Creditor # : 63_<br>_David Corretore, Esq._<br>_66 E. Main Street_<br>_Webster NY 14580-3237_ | | _Represents Dr. Young._ | | | | |
| **Account No:** | | 12/2002 | | | | $ 1.97 |
| _Creditor # : 64_<br>_Davis Electrical Supply_<br>_24 Anderson Road_<br>_Buffalo NY 14225_ | | | | | | |

Sheet No. _10_ of _41_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     _5,538.52_
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._____ / Debtor        Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br><br> Creditor # : 65 <br> Delores Evans <br> 112 Avon Road <br> Tonawanda NY 14150 | | | | | | $ 866.68 |
| Account No: <br><br> Creditor # : 66 <br> Delta Sonic Car Wash Systems <br> 570 Delaware Avenue <br> Buffalo NY 14202 | | 12/2004 | | | | $ 68,668.49 |
| Account No: <br><br> Creditor # : 67 <br> Democrat & Chronicle <br> 55 Exchange Blvd. <br> Rochester NY 14614 | | 12/2004 | | | | $ 1,404.95 |
| Account No: <br><br> Creditor # : 68 <br> Diamond Auto Glass <br> 4581 Genesee Street <br> Cheektowaga NY 14225 | | 09/2002 | | | | $ 297.58 |
| Account No: <br><br> Creditor # : 69 <br> Donna Mecca <br> 9817 Smith Road <br> Angola NY 14006 | | | | | | $ 704.16 |
| Account No: <br><br> Creditor # : 70 <br> Don's Autobody <br> 3160 Union Road <br> Buffalo NY 14227 | | 11/2002 | | | | $ 4,109.84 |

Sheet No. __11__ of __41__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ <br> (Total of this page) | 76,051.70 |
| Total $ <br> (Report total also on Summary of Schedules) | |

In re _Doro Dry Cleaning Co., Inc._____ / Debtor      Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | | | | |
| Account No:<br><br>_Creditor # : 71_<br>_Door King Repair Service_<br>_24 Wren Avenue_<br>_Lancaster NY 14086_ | | _12/2003_ | | | | | $ 12.99 |
| Account No:<br><br>_Creditor # : 72_<br>_Doritex Corp_<br>_11075 Wakden Avenue_<br>_Alden NY 14004_ | | _12/2004_ | | | | | $ 6,000.00 |
| Account No:<br><br>_Creditor # : 73_<br>_Doro Family Trust_<br>_P O Box 348_<br>_Ellicottville NY 14731_ | | | | | | | $ 1.00 |
| Account No:<br><br>_Creditor # : 74_<br>_Dr. Young_<br>_953 Pittsford-Mendon Center Rd_<br>_Pittsford NY 14534-9409_ | | | | | | | $ 130.00 |
| Account No:<br><br>_Creditor # : 75_<br>_Eaton Office Supply_<br>_180 John Glenn Drive_<br>_Amherst NY 14228-2292_ | | _12/2004_ | | | | | $ 831.77 |
| Account No:<br><br>_Creditor # : 76_<br>_Ed Santoro_ | | _01-02/2004_ | | | | | $ 600.00 |

Sheet No. _12_ of _41_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     7,575.76
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor        Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 77 EFP Group 25 North Street Canandaigua NY 14424 | | 01-05/2005 | | | | $ 30,999.05 |
| Account No: Creditor # : 78 Eisenberg & Associates 375 Park Place Chagrin Falls OH 44022 | | 10/2003-04/2004 | | | | $ 8,505.00 |
| Account No: Creditor # : 79 Employment Weekly P O Box 26499 Rochester NY 14626 | | 09-10/2002 | | | | $ 378.85 |
| Account No: Creditor # : 80 Energy Cooperative of New York 403 Main Street Ste 411 P O Box 17 Buffalo NY 14205 | | 02-05/2005 | | | | $ 17,476.43 |
| Account No: Creditor # : 81 Erie County Water Authority 350 Ellicott Square Bldg. P O Box 158 Buffalo NY 14240-5148 | | 12/2004-03/2005 | | | | $ 1,767.67 |
| Account No: Creditor # : 82 Ethan Allan 32 Eastview Mall Victor NY 14564 | | 12/2002 | | | | $ 494.96 |

Sheet No. __13__ of __41__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      59,621.96
(Total of this page)

Total $
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor     Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | c o n t i n g e n t | u n l i q u i d a t e d | d i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: **Creditor # : 83** **EZ Pass** **Violation Processing Center** **P O Box 149003** **Staten Island NY 10314-9003** | | _02/2005_ | | | | | _$ 200.00_ |
| Account No: **Creditor # : 84** **E-Z Pass** **Violation Processing Ctr.** **P O Box 149003** **Staten Island NY 10314-9003** | | _12/2004-03/2005_ | | | | | _$ 135.50_ |
| Account No: **Creditor # : 85** **Fabritec International** **P O Box 631576** **Cincinnati OH 45263** | | _09/2001-02/2002_ | | | | | _$ 106.00_ |
| Account No: **Creditor # : 86** **Faye Pateras** **4835 W. Henrietta Road** **Henrietta NY 14467** | | | | | | | _$ 90.00_ |
| Account No: **Creditor # : 87** **Federal Express** **P O Box 1140** **Memphis TN 38101-1140** | | _07/2004_ | | | | | _$ 117.48_ |
| Account No: **Creditor # : 88** **Feher Rubbish Removal** **P O Box 11009** **Syracuse NY 13218** | | _10/2003-03/2004_ | | | | | _$ 843.06_ |

Sheet No. __14__ of __41__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** (Total of this page) | _1,492.04_ |
| **Total $** (Report total also on Summary of Schedules) | |

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor    Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 89** *Fleet Services* *P O Box 6293* *Carol Stream IL 60197-6293* | | *12/2001* | | | | $ 31.23 |
| Account No: **Creditor # : 90** *Florence Wagner* *4422 Maor Lane* *Hamburg NY 14075* | | | | | | $ 114.90 |
| Account No: **Creditor # : 91** *Genesee Valley Reg Mark Auth* *900 Jefferson Road* *Rochester NY 14623* | | *02-05/2005* | | | | $ 3,628.00 |
| Account No: **Creditor # : 92** *Genuine Parts* | | *12/2004* | | | | $ 2,741.98 |
| Account No: **Creditor # : 93** *Getman & Biryla LLP* *800 Rand Building* *14 Lafayett Square* *Buffalo NY 14203-1995* | | *05/2005* *Represents Airtek.* | | | | $ 1.00 |
| Account No: **Creditor # : 94** *Getman & Biryla LLP* *800 Rand Building* *14 Lafayette Square* *Buffalo NY 14203-1995* | | *12/2004* *Represents Metro Community News.* | | | | $ 1.00 |

Sheet No. _15_ of _41_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     6,518.11
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 95<br>Glem Homans | | 01-02/2004 | | | | $ 3,200.00 |
| Account No:<br>Creditor # : 96<br>Grainger, Inc.<br>Dept 104-801239096<br>Palatine IL 60038-0001 | | 09/2004 | | | | $ 198.69 |
| Account No:<br>Creditor # : 97<br>Greta Minahan<br>8590 Greenway Ct<br>East Amherst NY 14051 | | | | | | $ 200.00 |
| Account No:<br>Creditor # : 98<br>Haines & Company<br>c/o Joel Caplan<br>7 Viscount Drive<br>Rochester NY 14623 | | 10/2001-05/2002 | | | | $ 1,618.23 |
| Account No:<br>Creditor # : 99<br>Hang & Shine<br>3466 Genesee Street<br>Buffalo NY 14225 | | | | | | $ 1.00 |
| Account No:<br>Creditor # : 100<br>Hartford Steam Boiler<br>21045 Network Place<br>Chicago IL 60673-1210 | | 12/2002-01/2004 | | | | $ 70.00 |

Sheet No. _16_ of _41_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     5,287.92
(Total of this page)

Total $
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor        Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 101<br>Hastings Cohn Real Estate LLC<br>c/o Gabe & Maria Mucciarelli<br>250 Carpenter Avenue<br>Buffalo NY 14223 | | | | | | $ 1.00 |
| Account No:<br><br>Creditor # : 102<br>Hauenstein<br>49 Boyton Road<br>Buffalo NY | | | | | | $ 1.00 |
| Account No:<br><br>Creditor # : 103<br>Healthworks WNY<br>6199 Transit Road<br>Depew NY 14043 | | 05/2005 | | | | $ 1,706.68 |
| Account No:<br><br>Creditor # : 104<br>Hiscock & Barclay<br>1100 M&T Center<br>3 Fountain Plaza<br>Buffalo NY 14203-1414 | | 12/2004<br><br>Represents Genuine Parts. | | | | $ 1.00 |
| Account No:<br><br>Creditor # : 105<br>Hiscock & Barclay<br>1100 M&T Center<br>3 Fountain Plaza<br>Buffalo NY 14203-1414 | | Represents Genesee Valley Regional Market Auth. | | | | $ 1.00 |
| Account No:<br><br>Creditor # : 106<br>Home Depot<br>P O Box 103081<br>Roswell GA 30076 | | 05/2005 | | | | $ 1,891.17 |

Sheet No. __17__ of __41__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $<br>(Total of this page) | 3,601.85 |
| Total $<br>(Report total also on Summary of Schedules) | |

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor     Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 107<br>Horizon Landscaping<br>c/o Jeff Novak<br>P O Box 111<br>Cheektowaga NY 14225 | | 01/2005 | | | | | $ 650.00 |
| Account No:<br><br>Creditor # : 108<br>Industrial Medical Associates<br>961 Canal Street<br>Syracuse NY 13210-1287 | | 12/2004 | | | | | $ 468.00 |
| Account No:<br><br>Creditor # : 109<br>Infinity Broadcasting<br>14 Lafayette Square<br>Buffalo NY 14203 | | 11/2004 | | | | | $ 1.00 |
| Account No:<br><br>Creditor # : 110<br>International Fabricare<br>12251 Tech Road<br>Silver Spring MD 20904 | | 04/2002 | | | | | $ 809.00 |
| Account No:<br><br>Creditor # : 111<br>Jachles Imperial Ltd | | 12/2004 | | | | | $ 306.89 |
| Account No:<br><br>Creditor # : 112<br>Jacor Communications<br>P O Box 91756<br>Chicago IL 60693 | | 10/2002 | | | | | $ 3,961.50 |

Sheet No. _18_ of _41_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      6,196.39
(Total of this page)

Total $
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._____ / Debtor    Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:<br>Creditor # : 113<br>JCM Consulting<br>175 West 200 South<br>Suite 3006<br>Salt Lake City UT 84101 | | 11/2003 | | | | | $ 290.00 |
| Account No:<br>Creditor # : 114<br>Jim Murphy<br>47 Pinelake Drive<br>Williamsville NY 14221 | | | | | | | $ 1.00 |
| Account No:<br>Creditor # : 115<br>Jim Murphy Pontiac<br>3000 Walden Avenue<br>Depew NY 14043-2608 | | 12/2004 | | | | | $ 227.50 |
| Account No:<br>Creditor # : 116<br>Joe Mascia<br>47 Marine Drive<br>Buffalo NY 14228 | | | | | | | $ 1.00 |
| Account No:<br>Creditor # : 117<br>John Ash Cleaners<br>316 W. State Street<br>Olean NY 14760 | | 04-05/2005 | | | | | $ 2,106.25 |
| Account No:<br>Creditor # : 118<br>Johnston Supply<br>3950 Broadway<br>Depew NY 14043 | | 07/2004 | | | | | $ 1.00 |

Sheet No. __19__ of __41__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      2,626.75
(Total of this page)

Total $
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 119 Jon Don Products 400 Medinah Road Roseville IL 60172 | | 12/2003 | | | | $ 413.34 |
| Account No: Creditor # : 120 Jon Gallinger 600 Main Street Unit 601 Buffalo NY 14202 | | 11/2002 | | | | $ 317.00 |
| Account No: Creditor # : 121 Karen Siragusa | | | | | | $ 1.00 |
| Account No: Creditor # : 122 K-D Supply 641 Erie Avenue N. Tonawanda NY 14120 | | 06/2004 | | | | $ 1.00 |
| Account No: Creditor # : 123 Kelly Smith 41 Streamview Lane Lancaster NY 14086 | | | | | | $ 1.00 |
| Account No: Creditor # : 124 L. Amico 12 Chaplewoods Ct Williamsville NY 14221 | | | | | | $ 25.00 |

Sheet No. _20_ of _41_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    758.34
(Total of this page)

Total $
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor     Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 125 Lawley Services 120 Delaware Avenue Buffalo NY 14202 | | 05/2003-05/2005 | | | | $ 1.00 |
| Account No: Creditor # : 126 La-Z-Boy Furniture | | 05/2005 | | | | $ 1.00 |
| Account No: Creditor # : 127 LJR Enterprises | | 10/2004 | | | | $ 1.00 |
| Account No: Creditor # : 128 Lori Romano 6287 Wooderton Path Cicero NY 14303 | | | | | | $ 1.00 |
| Account No: Creditor # : 129 Lovell Safety Management Co 125 Maiden Lane New York NY 10036-4912 | | 01-05/2005 | | | | $ 2,713.74 |
| Account No: Creditor # : 130 M&T Commercial Loan Srvc | | 05/2005 | | | | $ 2,405.00 |

Sheet No. _21_ of _41_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ (Total of this page) | 5,122.74 |
| Total $ (Report total also on Summary of Schedules) | |

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *Creditor # : 131 Mackay Caswell & Callahan* | | *01/2005* | | | | $ 443.61 |
| Account No: *Creditor # : 132 Mackay Caswell & Callahan PC 103 East Water Street Suite 203 Syracuse NY 13202* | | *12/2004* *Represents Niagara Mohawk.* | | | | $ 1.00 |
| Account No: *Creditor # : 133 Magdeline Halasz 40-a Hamlin Square Buffalo NY 14221* | | | | | | $ 1.00 |
| Account No: *Creditor # : 134 Mailmark Enterprises* | | *01/2003-03/2004* | | | | $ 3,099.00 |
| Account No: *Creditor # : 135 Maineline Computer Systems 16 Northbrook Drive Falmouth ME 04105* | | *12/2004-04/2005* | | | | $ 347.93 |
| Account No: *Creditor # : 136 Marilyn Martin 106 Carl Street Buffalo NY 14215* | | | | | | $ 189.00 |

Sheet No. _22_ of _41_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** (Total of this page) | *4,081.54* |
| **Total $** (Report total also on Summary of Schedules) | |

In re _Doro Dry Cleaning Co., Inc._____ / Debtor    Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | | | | | |
| Account No:<br><br>Creditor # : 137<br>Marty's Towing<br>1741 Baseline Road<br>Grand Island NY 14072 | | | | | | | $ 1.00 |
| Account No:<br><br>Creditor # : 138<br>Mathews Bartlet & Dedecker<br>334 Delaware Avenue<br>Buffalo NY 14202 | | 12/2004 | | | | | $ 27,256.52 |
| Account No:<br><br>Creditor # : 139<br>Mattydale Communications<br>2211 Brewerton Road<br>Syracuse NY 13208 | | 05/2002 | | | | | $ 26.70 |
| Account No:<br><br>Creditor # : 140<br>MCI World Comm<br>P O Box 70928<br>Chicago IL 60673-0928 | | 12/2004 | | | | | $ 411.84 |
| Account No:<br><br>Creditor # : 141<br>McMaster Carr Supply<br>P O Box 7690<br>Chicago IL 60680 | | 08/2002 | | | | | $ 243.71 |
| Account No:<br><br>Creditor # : 142<br>McNeill & McNeill Ent<br>14911 A Circle<br>Omaha NE 68114 | | 11-12/2004 | | | | | $ 215.02 |

Sheet No. __23__ of __41__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    28,154.79
(Total of this page)

Total $
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> **Creditor # : 143** <br> **Methods for Management** <br> **3425 Vemhardson Street** <br> **Gig Harbor WA 98332** | | 02/2002-09/2002 | | | | $ 2,807.45 |
| Account No: <br> **Creditor # : 144** <br> **Metro Community News** <br> **P O Box 211** <br> **Buffalo NY 14225** | | 12/2004 | | | | $ 4,395.20 |
| Account No: <br> **Creditor # : 145** <br> **Metropolitan Collection Agency** <br> **P O Box 18637** <br> **Rochester NY 14618** | | 12/2004 <br><br> Collection agency for Jachles Imperial, Ltd. | | | | $ 1.00 |
| Account No: <br> **Creditor # : 146** <br> **Michael Abruzzin** <br> **15 Fox Trace Lane** <br> **Lancaster NY 14086** | | | | | | $ 1.00 |
| Account No: 0251 <br> **Creditor # : 147** <br> **Michael Gillis** <br> **1099 North Forest Road** <br> **Williamsville NY 14221** | | | | | | $ 487.04 |
| Account No: <br> **Creditor # : 148** <br> **Michael Miller Esq.** <br> **211 West Avenue** <br> **Newark NY 14513** | | 12/2004 <br><br> Represents Seasonall Automotive. | | | | $ 1.00 |

Sheet No. _24_ of _41_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** (Total of this page)  7,692.69

**Total $** (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re *Doro Dry Cleaning Co., Inc.* _____ / Debtor     Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 149<br>Miller Towing<br>3214 Genesee Street<br>Cheektowaga NY 14224 | | 07/2004 | | | | $ 1.00 |
| Account No:<br>Creditor # : 150<br>Mills Welding Supply<br>P O Box 5164<br>Buffalo NY 14240-5164 | | 10-12/2003 | | | | $ 150.25 |
| Account No:<br>Creditor # : 151<br>MJ Mechanical<br>2040 Military Road<br>Tonawanda NY 14150 | | 02/2004 | | | | $ 443.83 |
| Account No:<br>Creditor # : 152<br>Morgan & Associates<br>2601 N.W. Expressway<br>Suite 205 East<br>Oklahoma City OK 73112-7229 | | 05/2003<br><br>Collections agency for Sunoco. | | | | $ 1.00 |
| Account No:<br>Creditor # : 153<br>Mr. Black<br>1571 Wayside<br>Lewiston NY 14092 | | | | | | $ 1.00 |
| Account No:<br>Creditor # : 154<br>Murray's Auto<br>2860 E. Henrietta Road<br>Henrietta NY 14625 | | 01/2005-03/2005 | | | | $ 1,356.62 |

Sheet No. __25__ of __41__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     1,953.70
(Total of this page)

Total $
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 155<br>NACM New York<br>Collection Division<br>19 Prince Street<br>Rochester NY 14607 | | 12/2004<br><br>Collection agency for Nakis Autocare. | | | | $ 1.00 |
| Account No:<br>Creditor # : 156<br>NACM New York<br>Collection Division<br>19 Prince Street<br>Rochester NY 14601 | | 12/2004<br><br>Collection agency for Democrat & Chronicle. | | | | $ 1.00 |
| Account No:<br>Creditor # : 157<br>Nakis Autocare<br>133 Balta Drive<br>Rochester NY 14623 | | 12/2004 | | | | $ 762.17 |
| Account No:<br>Creditor # : 158<br>National Cleaners Association<br>252 W 29th Street<br>New York NY 10001 | | 12/2004 | | | | $ 495.00 |
| Account No:<br>Creditor # : 159<br>National Fuel<br>c/o Financial Recoveries<br>P O Box 330<br>Buffalo NY 14223 | | 12/2004 | | | | $ 429.05 |
| Account No:<br>Creditor # : 160<br>Nextel Partners Inc.<br>P O Box 4192<br>Carol Stream IL 60197-4192 | | 12/2004-04/2005 | | | | $ 14,637.38 |

Sheet No. _26_ of _41_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    16,325.60
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor     Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: <br> Creditor # : 161 <br> Niagara Mohawk | | 12/2004 | | | | | $ 443.61 |
| Account No: <br> Creditor # : 162 <br> Normal Communications <br> 247 Cayuga Road <br> Cheektowaga NY 14225 | | 12/2004 | | | | | $ 1.00 |
| Account No: <br> Creditor # : 163 <br> Northern Lights Auto Service <br> 2723 Brewerton Road <br> Mattydale NY 13211 | | 12/2004 | | | | | $ 128.70 |
| Account No: <br> Creditor # : 164 <br> Notable <br> 4240 Ridge Lea Road <br> Amherst NY 14226 | | 12/2003 | | | | | $ 341.81 |
| Account No: <br> Creditor # : 165 <br> NYSEG <br> P O Box 5550 <br> Ithaca NY 14852-5550 | | 03-05/2005 | | | | | $ 1,257.27 |
| Account No: <br> Creditor # : 166 <br> Occupational & Envir. Med Pro | | 10/2003-01/2004 | | | | | $ 198.00 |

Sheet No. _27_ of _41_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** <br> (Total of this page) | 2,370.39 |
| **Total $** <br> (Report total also on Summary of Schedules) | |

In re _Doro Dry Cleaning Co., Inc._____ / Debtor    Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 167_<br>_Office Max_<br>_P O Box 30292_<br>_Salt Lake City UT 84130-0292_ | | _05/2002-05/2003_ | | | | $ 178.62 |
| Account No:<br>_Creditor # : 168_<br>_One Stop Service Fire Ext._<br>_P O Box 17196_<br>_Rochester NY 14617-4607_ | | _12/2004_ | | | | $ 108.66 |
| Account No:<br>_Creditor # : 169_<br>_Osi Collection Service, Inc._<br>_9525 Sweet Valley_<br>_Valley View OH 44125_ | | _12/2004-04/2005_<br><br>_Collection agency for Tschopp Supply Co., Inc._ | | | | $ 1.00 |
| Account No:<br>_Creditor # : 170_<br>_Pafco Products_<br>_3860 Broadway_<br>_Cheektowaga NY 14225_ | | _11/2003_ | | | | $ 117.00 |
| Account No:<br>_Creditor # : 171_<br>_Park Ridge Hospital_<br>_GPO Box 26213_<br>_New York NY 10087_ | | _09/2000_ | | | | $ 377.44 |
| Account No:<br>_Creditor # : 172_<br>_Paul Hudson_<br>_284 Pleasant View Drive_<br>_Lancaster NY 14086_ | | | | | | $ 360.00 |

Sheet No. _28_ of _41_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | 1,142.72
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._____ / Debtor    Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 173** **Penney Mauer & Wallach** **169 Delaware Avenue** **Buffalo NY 14202** | | _12/2004_ **Represent Entercomm.** | | | | $ 1.00 |
| Account No: **Creditor # : 174** **Peter Pecoraro Esq** **577 Niagara Street** **Buffalo NY 14201** | | _12/2004_ **Represents D & S Automotive Srvcs.** | | | | $ 1.00 |
| Account No: **Creditor # : 175** **Phillips Bros.** **84 Pfohl Road** **Cheektowaga NY 14225** | | _07/2004_ | | | | $ 1.00 |
| Account No: **Creditor # : 176** **Phillips Sheet Metal Co.** **700 Elk Street** **Buffalo NY 14210** | | _01/2005_ | | | | $ 60.62 |
| Account No: **Creditor # : 177** **Pittsford Mercury** **3923 Rt. 104** **Williamson NY 14589** | | | | | | $ 1.00 |
| Account No: **Creditor # : 178** **Post Standard** **20600 Chagrin Blvd** **Suite 500** **Shaker Heights OH 44122-5340** | | _01/2005_ | | | | $ 6,396.00 |

Sheet No. _29_ of _41_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | 6,460.62
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 179 <br> Prentice Office Equipment <br> 472 Franklin <br> Buffalo NY 14202 | | | | | | $ 1.00 |
| Account No: <br> Creditor # : 180 <br> Printer Repairs Plus <br> 60 Eileen Ct <br> Buffalo NY 14227 | | 05/2002 | | | | $ 81.00 |
| Account No: <br> Creditor # : 181 <br> Progressive Technology Systems <br> 3099 Williams Street <br> Cheektowaga NY 14227 | | 10/2002 | | | | $ 376.60 |
| Account No: <br> Creditor # : 182 <br> Qwest | | 12/2004 | | | | $ 999.00 |
| Account No: <br> Creditor # : 183 <br> R & G Machine Repair <br> 22 Louisen <br> Buffalo NY 14211 | | | | | | $ 1.00 |
| Account No: <br> Creditor # : 184 <br> Radiologic Physicians of WNY <br> P O Box 3263 <br> Buffalo NY 14240 | | 02/2003 | | | | $ 28.00 |

Sheet No. _30_ of _41_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | 1,486.60
(Total of this page)
**Total $** |
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._____ / Debtor     Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 185 Rainbow International 64 Comet Avenue Buffalo NY 14216 | | 11/2003 | | | | $ 75.00 |
| **Account No:** Creditor # : 186 Receivable Management 305 Fellowship Road Suite 100 Mount Laurel NJ 08054 | | 12/2004 Collection agency for U S Postal Service. | | | | $ 1.00 |
| **Account No:** Creditor # : 187 Relin Goldstein & Crane LLP 1800 First Federal Plaza Rochester NY 14606 | | 03-05/2002 | | | | $ 1,500.00 |
| **Account No:** Creditor # : 188 Rick Landhaall P O Box 133 Lakeview NY | | | | | | $ 0.00 |
| **Account No:** Creditor # : 189 Robert Rothman PC 120 E. Washington Street Suite 107 Syracuse NY 13202 | | 03/2004 | | | | $ 790.82 |
| **Account No:** Creditor # : 190 Robert Stevens 2459 Genesee Street Cheektowaga NY 14225 | | | | | | $ 40.00 |

Sheet No. __31__ of __41__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | 2,406.82
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 191 <br> Rochester Gas & Electric Corp <br> 89 East Avenue <br> Rochester NY 14649-0001 | | 12/2004 | | | | $ 538.06 |
| Account No: <br> Creditor # : 192 <br> Ron Jablonski | | 07/2003 | | | | $ 757.75 |
| Account No: <br> Creditor # : 193 <br> Ron Kowalik <br> 132 Seibert Road <br> Lancaster NY 14086 | | | | | | $ 50.00 |
| Account No: <br> Creditor # : 194 <br> Rotary Club of Buffalo <br> P O Box 8000 <br> Department 132 <br> Buffalo NY 14267 | | 10/2001-04/2003 | | | | $ 1,212.00 |
| Account No: <br> Creditor # : 195 <br> Roy R. Cesar <br>   Attorney & Counselor At Law <br> 295 Main Street, Suite 1094 <br> Buffalo NY 14203 | | Represents Gabe & Maria Mucciarelli. | | | | $ 1.00 |
| Account No: <br> Creditor # : 196 <br> Ruby Kam <br> 3831 West River Road <br> Grand Island NY 14072 | | | | | | $ 488.00 |

Sheet No. __32__ of __41__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     3,046.81
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._____ / Debtor     Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 197 <br> Safety Kleen <br> P O Box 382066 <br> Pittsburgh PA 15250-8066 | | 05-11/2003 | | | | $ 123.67 |
| Account No: <br> Creditor # : 198 <br> Safety Kleen Corp <br> 5400 Legacy Drive <br> Cluster II Building 3 <br> Plano TX 75024 | | 12/2004 | | | | $ 1.00 |
| Account No: <br> Creditor # : 199 <br> Sandy Macey <br> 45 Rollingwoods <br> West Seneca NY 14224 | | | | | | $ 232.00 |
| Account No: <br> Creditor # : 200 <br> Scotty's Automotive <br> 520 N. Central Avenue <br> Minoa NY 13116 | | 02/2002 | | | | $ 128.40 |
| Account No: <br> Creditor # : 201 <br> Seasonall Automotive <br> 515 North Main Street <br> Newark NY 14513 | | 12/2004 | | | | $ 246.29 |
| Account No: <br> Creditor # : 202 <br> Selective Insurance <br> 40 Wantage Avenue <br> Branchville NJ 07890 | | 03-05/2005 | | | | $ 18,362.70 |

Sheet No. __33__ of __41__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal $ <br> (Total of this page) | | 19,094.06 |
| Total $ <br> (Report total also on Summary of Schedules) | | |

In re _Doro Dry Cleaning Co., Inc._____ / Debtor    Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 203 <br> Sign-A-Rama <br> 7810 Transit Road <br> Williamsville NY 14221 | | 05/2002 | | | | $ 259.20 |
| Account No: 4000 <br> Creditor # : 204 <br> Small Business Admin <br> 2120 Riverfront Dr <br> Suite 100 <br> Little Rock AR 72202-1747 | X | 01/2002 | | | | $ 1.00 |
| Account No: <br> Creditor # : 205 <br> Smitty's Automotive <br> 530 Norton Street <br> Rochester NY 14621 | | 05/2005 | | | | $ 356.55 |
| Account No: <br> Creditor # : 206 <br> Solvents & Petroleum Srvc, Inc <br> 1405 Brewerton Road <br> Syracuse NY 13208 | | 11/2004-03/2005 | | | | $ 7,737.54 |
| Account No: <br> Creditor # : 207 <br> Soron <br> 5013 S. Freeman Road <br> Orchard Park NY 14127 | | | | | | $ 70.36 |
| Account No: <br> Creditor # : 208 <br> Southtowns Floor Covering | | 07/2004 | | | | $ 1.00 |

Sheet No. _34_ of _41_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** <br> (Total of this page) | 8,425.65 |
| **Total $** <br> (Report total also on Summary of Schedules) | |

In re _Doro Dry Cleaning Co., Inc._____ / Debtor     Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 209<br>St Joseph's Hospital<br>2605 Harlem Road<br>Cheektowaga NY 14225 | | 09/2001-05/2005 | | | | $ 505.31 |
| Account No:<br><br>Creditor # : 210<br>St Paul's Travelers Insurance | | 07/2004 | | | | $ 1.00 |
| Account No:<br><br>Creditor # : 211<br>Steamway Plus Distributors<br>P O Box 395<br>Williamstown VT 05697 | | 07/2004 | | | | $ 980.81 |
| Account No:<br><br>Creditor # : 212<br>Stoney's Parts Plus<br>2852 W. Henrietta Road<br>Rochester NY 14623 | | 12/2004-04/2005 | | | | $ 2,229.91 |
| Account No:<br><br>Creditor # : 213<br>Sunoco<br>P O Box 1466<br>Newark NJ 07101 | | 05/2003 | | | | $ 1,913.33 |
| Account No:<br><br>Creditor # : 214<br>Supplyside, Inc.<br>301 Industrial Drive<br>Tecumseh MI 49286 | | 09/2004 | | | | $ 29.00 |

Sheet No. _35_ of _41_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     5,659.36
(Total of this page)

Total $
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: | | | | | | | $ 1.00 |
| Creditor # : 215 _Suzanne Oot, Esq._ _5900 N. Burdick Street_ _Suite 209_ _East Syracuse NY 13057-9463_ | | _Represents Cambridge Properties._ | | | | | |
| Account No: | | _04/2005_ | | | | | $ 32.01 |
| Creditor # : 216 _Talking Phone Book_ _1945 Sheridan Drive_ _Buffalo NY 14223_ | | | | | | | |
| Account No: | | _03/2002_ | | | | | $ 2,475.00 |
| Creditor # : 217 _Tec Worldwide_ _Exex Committee_ _5469 Kearny Village Road_ _San Diego CA 92123-1159_ | | | | | | | |
| Account No: | | _12/2004-04/2005_ | | | | | $ 6,075.63 |
| Creditor # : 218 _Tel Cov_ _P O Box 931843_ _Atlanta GA 31193-1843_ | | | | | | | |
| Account No: | | _05/2005_ | | | | | $ 279.80 |
| Creditor # : 219 _The Employment World.Com_ _P O Box 26499_ _Rochester NY 14626_ | | | | | | | |
| Account No: | | _05/2005_ | | | | | $ 11,257.32 |
| Creditor # : 220 _The State Insurance Fund_ _P O Box 4788_ _Syracuse NY 13221-4788_ | | | | | | | |

Sheet No. _36_ of _41_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     20,120.76
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._____ / Debtor    Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:<br><br>Creditor # : 221<br>Times Union<br>P O Box 4803 | | 08/2004 | | | | | $ 4,438.74 |
| Account No:<br><br>Creditor # : 222<br>Toni Teumer<br>1726 Jackson Road<br>Penfield NY 14526 | | | | | | | $ 290.00 |
| Account No:<br><br>Creditor # : 223<br>Tri Star Auto | | 04/2002-01/2004 | | | | | $ 610.00 |
| Account No:<br><br>Creditor # : 224<br>Tri-Star Auto Repairs<br>3625 Genesee Street<br>Cheektowaga NY 14225 | | 12/2004 | | | | | $ 1,773.83 |
| Account No:<br><br>Creditor # : 225<br>Tschopp Supply Co., Inc.<br>2260 Bailey Avenue<br>Buffalo NY 14211 | | 12/2004-04/2005 | | | | | $ 723.73 |
| Account No:<br><br>Creditor # : 226<br>U S Postal Service | | 12/2004 | | | | | $ 242.00 |

Sheet No. _37_ of _41_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    8,078.30
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._____ / Debtor     Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** | | 03/2003-04/2005 | | | | $ 33,704.89 |
| Creditor # : 227 Underberg & Kessler 1800 Chase Square Rochester NY 14604 | | | | | | |
| **Account No:** | | 04/2005 | | | | $ 7,500.00 |
| Creditor # : 228 United Refining P O Box 89460 Cleveland OH 44101-6460 | | | | | | |
| **Account No:** | | 01/2002 | | | | $ 473.80 |
| Creditor # : 229 United Rentals P O Box 19394A Newark NJ 07195 | | | | | | |
| **Account No:** | | 05-07/2002 | | | | $ 2,224.95 |
| Creditor # : 230 USA Clean LLC 56 Sexton Road McKees Rocks PA 15136 | | | | | | |
| **Account No:** | | 12/2004-04/2005 | | | | $ 1,697.70 |
| Creditor # : 231 Valassis P O Box 71645 Chicago IL 60694-1645 | | | | | | |
| **Account No:** | | | | | | $ 1,038.12 |
| Creditor # : 232 Van City LLC 570 Seneca Street West Seneca NY 14059 | | | | | | |

Sheet No. _38_ of _41_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     46,639.46
(Total of this page)
**Total $**
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 233<br>Verizon Wireless<br>P O Box 489<br>Newark NJ 07101-0489 | | 05/2005 | | | | $ 162.09 |
| Account No:<br>Creditor # : 234<br>Verizon Yellow Pages<br>P O Box 64809<br>Buffalo  NY | | 05/2002-05/2003 | | | | $ 783.00 |
| Account No:<br>Creditor # : 235<br>Victor Liberator Time Cards<br>110 Allens Creek<br>Rochester NY | | 11/2004 | | | | $ 1.00 |
| Account No:<br>Creditor # : 236<br>Vincent Aviol | | 10/2004 | | | | $ 1.00 |
| Account No:<br>Creditor # : 237<br>Walden Dodge<br>2185 Walden Avenue<br>Buffalo NY 14225 | | 01/2003 | | | | $ 203.78 |
| Account No:    5880<br>Creditor # : 238<br>Wells Fargo<br>Payment Remittance Center<br>P O Box 6426<br>Carol Stream IL 60197-6426 | | 05/2005<br>Credit Card Purchases | | | | $ 941.42 |

Sheet No. _39_ of _41_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     2,092.29
(Total of this page)

Total $
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor     Case No._____
                                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 239 <br> Wham <br> c/o Clear Channel Broadcasting <br> 207 Midtown Plaza <br> Rochester NY 14604-0900 | | 12/2002 | | | | $ 1,516.50 |
| Account No: <br> Creditor # : 240 <br> White Directory <br> 1945 Sheridan Drive <br> Buffalo NY 14223 | | 04/2004 | | | | $ 1,011.00 |
| Account No: <br> Creditor # : 241 <br> WHTT-FM | | 08-09/2002 | | | | $ 6,410.00 |
| Account No: <br> Creditor # : 242 <br> WKBW-TV <br> 7 Broadcast Plaza <br> Buffalo NY 14202-2699 | | 12/2004 | | | | $ 6,625.00 |
| Account No: <br> Creditor # : 243 <br> Wonderlic <br> 1795 N. Butterfield Road <br> Libertyville IL 60048-1238 | | 05/2003 | | | | $ 355.22 |
| Account No: <br> Creditor # : 244 <br> WTSS-FM <br> 500 Corporate Parkway <br> Suite 200 <br> Buffalo NY 14226 | | 02-03/2003 | | | | $ 7,528.25 |

Sheet No. __40__ of __41__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** 23,445.97
(Total of this page)

**Total $**
(Report total also on Summary of Schedules)

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor          Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br><br> _Creditor # : 245_ <br> _WW Grainger, Inc._ <br> _Dept. 104-8012396_ <br> _Palatine IL 60038-0001_ | | _08/2002_ | | | | _$ 321.98_ |
| Account No: <br><br> _Creditor # : 246_ <br> _WYSR-Clear Channel_ | | _06/2004_ | | | | _$ 1.00_ |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. __41__ of __41__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** <br> (Total of this page) | _322.98_ |
| **Total $** <br> (Report total also on Summary of Schedules) | _685,455.36_ |

In re *Doro Dry Cleaning Co., Inc.* _____ / Debtor       Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
creditors.

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Doro Family Trust, LLC*<br>*40 West Washington Street*<br>*P. O. Box 348*<br>*Ellicottville NY  14721* | Contract Type:*Non-residential lease * *<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: *3460 & 3466 Genesee Street*<br>        *Cheektowaga, NY 14225*<br>Buyout Option: |
| *Genesee Valley Reg Market Auth*<br>*900 Jefferson Road*<br>*Henrietta NY  14623* | Contract Type:*Non-residential lease * *<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: *900 Jefferson Road, Building 16*<br>        *Henrietta, NY14623*<br>Buyout Option: |
| *M&T Bank*<br>*4929 Main Street*<br>*Amherst NY  14226* | Contract Type:*Lease on equipment*<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description:<br><br>Buyout Option: |

In re _Doro Dry Cleaning Co., Inc._ _____ / Debtor    Case No. _____

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Deborah Doro_<br>_40 West Washington Street_<br>_Ellicottville NY  14721_ | _HSBC_<br>_One HSBC Center_<br>_18th Floor_<br>_Buffalo NY  14203_<br><br>_M&T Bank_<br>_One M&T Plaza_<br>_Buffalo NY  14240_<br><br>_Small Business Admin_<br>_2120 Riverfront Dr_<br>_Suite 100_<br>_Little Rock AR  72202-1747_ |
| _Joseph A. Doro_<br>_40 West Washington Street_<br>_Ellicottville NY  14721_ | _HSBC_<br>_One HSBC Center_<br>_18th Floor_<br>_Buffalo NY  14203_<br><br>_M&T Bank_<br>_One M&T Plaza_<br>_Buffalo NY  14240_<br><br>_Small Business Admin_<br>_2120 Riverfront Dr_<br>_Suite 100_<br>_Little Rock AR  72202-1747_ |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In re *Doro Dry Cleaning Co., Inc., a  Corporation*

*dba Coit Services*

Case No.

Chapter  7

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's  liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | *Yes* | *1* | $          0.00 | | |
| B-Personal Property | *Yes* | *3* | $     141,350.00 | | |
| C-Property Claimed as Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $     294,073.00 | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *2* | | $     193,000.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *42* | | $     685,455.36 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *No* | *0* | | | $          0.00 |
| J-Current Expenditures of Individual Debtor(s) | *No* | *0* | | | $          0.00 |
| Total Number of Sheets in All Schedules ▶ | | *51* | | | |
| Total Assets ▶ | | | $     141,350.00 | | |
| Total Liabilities ▶ | | | | $   1,172,528.36 | |

In re *Doro Dry Cleaning Co., Inc., a  Corporation* _____ / Debtor      Case No. _____

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, *Joseph A. Doro* _____, *President* _____ of the *Corporation* _____

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___*52*___ sheets,

and that they are true and correct to the best of my knowledge, information, and belief.

Date: *5/26/2005* _____       Signature */s/ Joseph A. Doro* _____

                                          Name: *Joseph A. Doro*

                                          Title:  *President*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In re *Doro Dry Cleaning Co., Inc.,*
  *a Corporation*
  *dba Coit Services*

Case No.
Chapter  7

_____/ Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

### 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

 AMOUNT                              SOURCE (if more than one)

*Year to date:*
  *Last Year:Not Filed*
*Year before:$2,663,853.00*        *Gross Sales*
                                    *$49,000.00 Net Operating Loss*

### 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**3. Payments to creditors.**

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor:Numerous payments made in last 90 days to ongoing creditors.* *Address:* | | | |

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**4. Suits and administrative proceedings, executions, garnishments and attachments.**

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Delta Sonic, Metro Community News, Entercomm, Normal Communications, Mucciarelli, & Cambridge Properties* | | | |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**5. Repossessions, foreclosures and returns.**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**6. Assignments and receiverships.**

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**7. Gifts.**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**8. Losses.**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**9. Payments related to debt counseling or bankruptcy.**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Edwin R. Ilardo* *Address:* *5899 South Park Avenue* *P. O. Box 887* *Hamburg, NY 14075* | *Date of Payment:* *Payor: Doro Dry Cleaning Co., Inc.* | *$2,500.00* |

---

**10. Other transfers.**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**11. Closed financial accounts.**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

☒ NONE

---

**12. Safe deposit boxes.**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**13. Setoffs.**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

**14. Property held for another person.**

List all property owned by another person that the debtor holds or controls.

☒ NONE

---

**15. Prior address of debtor.**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

---

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under and Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

---

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

---

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

---

## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencment of this case.

| NAME AND ADDRESS | TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| *Debtor is a Corporation:Doro Dry Cleaning Co., Inc. Business Address:3466 Genesee Street Cheektowaga, NY 14225* | *TaxPayer ID:16-0871644* | *Cleaners* | *1964-2005* |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements.

a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *Name:Skrobacz & Co. Address:3635 Genesee Street Cheektowaga, NY 14225* | *Dates:2003* |
| *Name:Eldredge, Fox & Porretti LLP Address:25 North Street Canandaigua, NY* | *Dates:2004* |

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *Name:No Audits, annual financial statements prepared for bank by debtor. Address:* | *Dates:* |

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

<u>NAME AND ADDRESS</u>

*Name:In debtor's possession*
*Address:*
*Missing:*

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

<u>NAME AND ADDRESS</u>                                                                                           <u>DATES ISSUED</u>

*Name:To banks*                                                                                                  *Dates:*
*Address:*

## 20. Inventories.

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒ NONE

b. List the name and address of the person having possession of the records of each of the two inventories  reported in a., above.

☒ NONE

## 21. Current Partners, Officers, Directors and Shareholders.

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member  of  the  partnership.

☒ NONE

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| <u>NAME AND ADDRESS</u> | <u>TITLE</u> | NATURE AND<br><u>PERCENTAGE OF STOCK OWNERSHIP</u> |
|---|---|---|
| *Name:Joseph A. Doro*<br>*Address:*<br>*Address:*<br>*Address:* | *President* | *100%* |
| *Name:Deborah Doro*<br>*Address:*<br>*Address:*<br>*Address:* | *Secretary* | *0%* |

## 22. Former partners, officers, directors and shareholders.

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of  this  case.

☒ NONE

b. If the debtor is a corporation. list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this  case.

☒ NONE

**23. Withdrawals from a partnership or distribution by a corporation.**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

☒ NONE

**24. Tax Consolidation Group.**

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six year period immediately preceeding the commencement of the case.

☒ NONE

**25. Pension Funds.**

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six year period immediately preceding the commencement of the case.

☒ NONE

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _5/26/2005_____     Signature _/s/ Joseph A. Doro_____

Name: **Joseph A. Doro**

Title: **President**

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In re  *Doro Dry Cleaning Co., Inc., a  Corporation*
*dba Coit Services*

Case No.
Chapter  7

_____ / Debtor

Attorney for Debtor:  *Edwin R. Ilardo*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in
      connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *2,500.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *2,500.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3. $_____ *209.00* _____of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
      file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
      court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
   services performed, and
      *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
   be from earnings, wages and compensation for services performed, and
      *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
   the value stated:
      *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
   law firm, any compensation paid or to be paid except as follows:
      *None*

Dated: *5/26/2005*                    Respectfully submitted,

                              X */s/ Edwin R. Ilardo*_____
          Attorney for Petitioner: *Edwin R. Ilardo*
                              *Edwin R. Ilardo*
                              *5899 South Park Avenue*
                              *P. O. Box 887*
                              *Hamburg NY  14075*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In re *Doro Dry Cleaning Co., Inc.,*
    *a  Corporation*
    *dba Coit Services*

Case No.

Chapter  7

_____ / Debtor

Attorney for Debtor:  *Edwin R. Ilardo*

## <u>VERIFICATION OF CREDITOR MATRIX</u>

      The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *5/26/2005*_____

*/s/ Joseph A. Doro*_____
Debtor

```
G. M. A. C.
P O Box 660208
Dallas, TX  75266

HSBC
One HSBC Center
18th Floor
Buffalo, NY  14203

M&T Bank
One M&T Plaza
Buffalo, NY  14240

New York State Dept Tax & Fin
NYS Assessment Receivables
P O Box 4127
Binghamton, NY  13902-4127

.
500 First Federal Plaza
Rochester, NY  14614

A & S Collection Associates
6280 State Route 96
Victor , NY  14564

Aaron, Dautch, Sternberg et al
Convention Center Tower
43 Court Street Ste 370
Buffalo, NY  14202-3172

Abatement Technologies
2220 Northmont Parkway
Suite 100
Duluth, GA  30096

Action Towing of Rochester
P O Box 22956
Rochester, NY  14892-2958

Adam Cohen
43 Cresthill Drive
Rochester, NY  14624

Adelphia Business Solutions
P O Box 932004
Atlanta, GA  31193-2005

Advantium Consult & Training
2488 Union Road
Buffalo, NY  14227

Airborne Express
P O Box 91001
Seattle, WA  98111
```

Airport Locksmiths
3509 1/2 Genesee Street
Buffalo, NY  14225

Airtek
4087 Walden Avenue
Lancaster, NY  14086

Alfred Doro Trust
112 Halston
East Amherst, NY  14051

All Machine Maintenance

Alltell of New York
201 East 4th Street
Jamestown, NY  14701

Amherst Quick Print
4011 Bailey Avenue
Buffalo, NY  14226

Andrews Bernstein & Maranto
9 Delaware Avenue
Suite 1200
Buffalo, NY  14202

Ann Star

Arch
10 Hemlock Street
Albany, NY  12210

Arsi Recovery Service, Inc.
Thousand Oaks, CA  91358

ASAP Automotive
407 Cambridge Avenue
Syracuse, NY  13208

Auto Rescue
3005 Niagara Falls Blvd.
Amherst, NY  14228

Automatic Firing
2100 Fillmore Avenue
Buffalo, NY  14214

Avert, Inc.
301 Remington Street
Fort Collins, CO  80524

Baker Victory Services
790 Ridge Road
Lackawanna, NY  14218

Baumgartner Furniture
3652 Genesee Street
Cheektowaga, NY  14225

Bee Group Newspaper
P O Box 150
Buffalo, NY  14231-0150

Bennett & Deloney
P O Box 190
Midvale, UT  84047-0190

Bob's Auto
4167 Highland Pkwy
Blasdell, NY  14219

Booker T. Washington, Esq.
4285 Genesee Street Ste 3
P O Box 688
Cheektowaga, NY  14225-0688

Borins Halpern & Paskowicz
520 Brisbane Bldg.
403 Main Street
Buffalo, NY  14203-2104

Brian Parisi Copiers
4915 Genesee Street
Cheektowaga, NY  14225

Buffalo Industrial Chemicals
P O Box 564
Grand Island, NY  14072

Buffalo News
One News Plaza
P O Box 100
Buffalo, NY  14240

Business Forms Assoc.
3374 Genesee Street
Cheektowaga, NY  14225

Cambridge Properties LLC
P O Box 188
Syracuse, NY  13211

Capital Heat
2975 Walden Avenue
Depew, NY  14043

Capital Heat, Inc.
2975 Walden Avenue
Depew, NY  14043

Carol Robinson
154 Westchester Avenue
Rochester, NY  14609

Carolyn Eliman
213 Arlidge Drive
Rochester, NY 14616-4410

Carpet One
3195 Erie Blvd. East
DeWitt, NY 13214

Casualty Adjusters Guide
670 Kaymar Drive

Charles Valvo II

Chemspec
P O Box 951014
Cleveland, OH 44193

Choice One
100 Chestnut Street
Suite 800
Rochester, NY 14604

Chryslers Treasure Automotive
NAPA Auto Care Ctr
307 Factory Avenue
Syracuse, NY 13208

Chudy Paper

CKEY
50 James Casey Drive
Buffalo, NY 14206

Clear Channel 43
P O Box 847447
Dallas, TX 75284-7447

Clear Channel 70427
P O Box 847447
Dallas, TX 75284-7447

Clear Channel WIXT
P O Box 848072
Dallas, TX 75284-8072

Cleve Hill Tire & Auto
1030 Cleveland Drive
Cheektowaga, NY 14225

Coakley Disposal Service
3303 Rush Mendon Road
Honeoye Falls, NY 14472

Coit Services
897 Hinckley Road
Burlingame, CA 94010

Commercial Collection Corp
34 Seymour Street
Tonawanda, NY  14150

Computer Search Corp
331 Audubon Parkway
Buffalo, NY  14228

Cortese Dodge
2400 W. Henrietta Road
Rochester, NY  14623

Cramer-Krasselt Director Srvc
Department 975
Milwaukee, WI  53259-0975

Creekside Shop
6050 Butternut Drive
East Syracuse, NY  13057

Curtis Auto & Truck Repair
3519 Broadway
Buffalo, NY  14227

D & S Automotive Srvcs
2964 Lockport Road
Niagara Falls, NY  14305

Data Supply
4230 B Ridge Lea Road
Amherst, NY  14228

David Corretore, Esq.
66 E. Main Street
Webster, NY  14580-3237

Davis Electrical Supply
24 Anderson Road
Buffalo, NY  14225

Delores Evans
112 Avon Road
Tonawanda, NY  14150

Delta Sonic Car Wash Systems
570 Delaware Avenue
Buffalo, NY  14202

Democrat & Chronicle
55 Exchange Blvd.
Rochester, NY  14614

Diamond Auto Glass
4581 Genesee Street
Cheektowaga, NY  14225

Donna Mecca
9817 Smith Road
Angola, NY  14006

Don's Autobody
3160 Union Road
Buffalo, NY  14227

Door King Repair Service
24 Wren Avenue
Lancaster, NY  14086

Doritex Corp
11075 Wakden Avenue
Alden, NY  14004

Doro Family Trust
P O Box 348
Ellicottville, NY  14731

Dr. Young
953 Pittsford-Mendon Center Rd
Pittsford, NY  14534-9409

Eaton Office Supply
180 John Glenn Drive
Amherst, NY  14228-2292

Ed Santoro

EFP Group
25 North Street
Canandaigua, NY  14424

Eisenberg & Associates
375 Park Place
Chagrin Falls, OH  44022

Employment Weekly
P O Box 26499
Rochester, NY  14626

Energy Cooperative of New York
403 Main Street Ste 411
P O Box 17
Buffalo, NY  14205

Erie County Water Authority
350 Ellicott Square Bldg.
P O Box 158
Buffalo, NY  14240-5148

Ethan Allan
32 Eastview Mall
Victor , NY  14564

EZ Pass
Violation Processing Center
P O Box 149003
Staten Island, NY  10314-9003

E-Z Pass
Violation Processing Ctr.
P O Box 149003
Staten Island, NY  10314-9003

Fabritec International
P O Box 631576
Cincinnati, OH  45263

Faye Pateras
4835 W. Henrietta Road
Henrietta, NY  14467

Federal Express
P O Box 1140
Memphis, TN  38101-1140

Feher Rubbish Removal
P O Box 11009
Syracuse, NY  13218

Fleet Services
P O Box 6293
Carol Stream, IL  60197-6293

Florence Wagner
4422 Maor Lane
Hamburg, NY  14075

Genesee Valley Reg Mark Auth
900 Jefferson Road
Rochester, NY  14623

Genuine Parts

Getman & Biryla LLP
800 Rand Building
14 Lafayette Square
Buffalo, NY  14203-1995

Getman & Biryla LLP
800 Rand Building
14 Lafayett Square
Buffalo, NY  14203-1995

Glem Homans

Grainger, Inc.
Dept 104-801239096
Palatine, IL  60038-0001

Greta Minahan
8590 Greenway Ct
East Amherst, NY  14051

Haines & Company
c/o Joel Caplan
7 Viscount Drive
Rochester, NY  14623

Hang & Shine
3466 Genesee Street
Buffalo, NY  14225

Hartford Steam Boiler
21045 Network Place
Chicago, IL  60673-1210

Hastings Cohn Real Estate LLC
c/o Gabe & Maria Mucciarelli
250 Carpenter Avenue
Buffalo, NY  14223

Hauenstein
49 Boyton Road
Buffalo, NY

Healthworks WNY
6199 Transit Road
Depew, NY  14043

Hiscock & Barclay
1100 M&T Center
3 Fountain Plaza
Buffalo, NY  14203-1414

Home Depot
P O Box 103081
Roswell, GA  30076

Horizon Landscaping
c/o Jeff Novak
P O Box 111
Cheektowaga, NY  14225

Industrial Medical Associates
961 Canal Street
Syracuse, NY  13210-1287

Infinity Broadcasting
14 Lafayette Square
Buffalo, NY  14203

International Fabricare
12251 Tech Road
Silver Spring, MD  20904

Jachles Imperial Ltd

```
Jacor Communications
P O Box 91756
Chicago, IL  60693

JCM Consulting
175 West 200 South
Suite 3006
Salt Lake City, UT  84101

Jim Murphy
47 Pinelake Drive
Williamsville, NY  14221

Jim Murphy Pontiac
3000 Walden Avenue
Depew, NY  14043-2608

Joe Mascia
47 Marine Drive
Buffalo, NY  14228

John Ash Cleaners
316 W. State Street
Olean, NY  14760

Johnston Supply
3950 Broadway
Depew, NY  14043

Jon Don Products
400 Medinah Road
Roseville, IL  60172

Jon Gallinger
600 Main Street
Unit 601
Buffalo, NY  14202

Karen Siragusa

K-D Supply
641 Erie Avenue
N. Tonawanda, NY  14120

Kelly Smith
41 Streamview Lane
Lancaster, NY  14086

L. Amico
12 Chaplewoods Ct
Williamsville, NY  14221

Lawley Services
120 Delaware Avenue
Buffalo, NY  14202

La-Z-Boy Furniture
```

LJR Enterprises

Lori Romano
6287 Wooderton Path
Cicero, NY  14303

Lovell Safety Management Co
125 Maiden Lane
New York, NY  10036-4912

M&T Commercial Loan Srvc

Mackay Caswell & Callahan

Mackay Caswell & Callahan PC
103 East Water Street
Suite 203
Syracuse, NY  13202

Magdeline Halasz
40-a Hamlin Square
Buffalo, NY  14221

Mailmark Enterprises

Maineline Computer Systems
16 Northbrook Drive
Falmouth , ME  04105

Marilyn Martin
106 Carl Street
Buffalo, NY  14215

Marty's Towing
1741 Baseline Road
Grand Island, NY  14072

Mathews Bartlet & Dedecker
334 Delaware Avenue
Buffalo, NY  14202

Mattydale Communications
2211 Brewerton Road
Syracuse, NY  13208

MCI World Comm
P O Box 70928
Chicago, IL  60673-0928

McMaster Carr Supply
P O Box 7690
Chicago, IL  60680

McNeill & McNeill Ent
14911 A Circle
Omaha, NE  68114

Methods for Management
3425 Vemhardson Street
Gig Harbor, WA  98332

Metro Community News
P O Box 211
Buffalo, NY  14225

Metropolitan Collection Agency
P O Box 18637
Rochester, NY  14618

Michael Abruzzin
15 Fox Trace Lane
Lancaster, NY  14086

Michael Gillis
1099 North Forest Road
Williamsville, NY  14221

Michael Miller Esq.
211 West Avenue
Newark, NY  14513

Miller Towing
3214 Genesee Street
Cheektowaga, NY  14224

Mills Welding Supply
P O Box 5164
Buffalo, NY  14240-5164

MJ Mechanical
2040 Military Road
Tonawanda, NY  14150

Morgan & Associates
2601 N.W. Expressway
Suite 205 East
Oklahoma City, OK  73112-7229

Mr. Black
1571 Wayside
Lewiston, NY  14092

Murray's Auto
2860 E. Henrietta Road
Henrietta, NY  14625

NACM New York
Collection Division
19 Prince Street
Rochester, NY  14607

NACM New York
Collection Division
19 Prince Street
Rochester, NY  14601

Nakis Autocare
133 Balta Drive
Rochester, NY  14623

National Cleaners Association
252 W 29th Street
New York, NY  10001

National Fuel
c/o Financial Recoveries
P O Box 330
Buffalo, NY  14223

Nextel Partners Inc.
P O Box 4192
Carol Stream, IL  60197-4192

Niagara Mohawk

Normal Communications
247 Cayuga Road
Cheektowaga, NY  14225

Northern Lights Auto Service
2723 Brewerton Road
Mattydale, NY  13211

Notable
4240 Ridge Lea Road
Amherst, NY  14226

NYSEG
P O Box 5550
Ithaca, NY  14852-5550

Occupational & Envir. Med Pro

Office Max
P O Box 30292
Salt Lake City, UT  84130-0292

One Stop Service Fire Ext.
P O Box 17196
Rochester, NY  14617-4607

Osi Collection Service, Inc.
9525 Sweet Valley
Valley View, OH  44125

Pafco Products
3860 Broadway
Cheektowaga, NY  14225

Park Ridge Hospital
GPO Box 26213
New York, NY  10087

Paul Hudson
284 Pleasant View Drive
Lancaster, NY  14086

Penney Mauer & Wallach
169 Delaware Avenue
Buffalo, NY  14202

Peter Pecoraro Esq
577 Niagara Street
Buffalo, NY  14201

Phillips Bros.
84 Pfohl Road
Cheektowaga, NY  14225

Phillips Sheet Metal Co.
700 Elk Street
Buffalo, NY  14210

Pittsford Mercury
3923 Rt. 104
Williamson, NY  14589

Post Standard
20600 Chagrin Blvd
Suite 500
Shaker Heights, OH  44122-5340

Prentice Office Equipment
472 Franklin
Buffalo, NY  14202

Printer Repairs Plus
60 Eileen Ct
Buffalo, NY  14227

Progressive Technology Systems
3099 Williams Street
Cheektowaga, NY  14227

Qwest

R & G Machine Repair
22 Louisen
Buffalo, NY  14211

Radiologic Physicians of WNY
P O Box 3263
Buffalo, NY  14240

Rainbow International
64 Comet Avenue
Buffalo, NY  14216

Receivable Management
305 Fellowship Road
Suite 100
Mount Laurel, NJ  08054

Relin Goldstein & Crane LLP
1800 First Federal Plaza
Rochester, NY  14606

Rick Landhaall
P O Box 133
Lakeview, NY

Robert Rothman PC
120 E. Washington Street
Suite 107
Syracuse, NY  13202

Robert Stevens
2459 Genesee Street
Cheektowaga, NY  14225

Rochester Gas & Electric Corp
89 East Avenue
Rochester, NY  14649-0001

Ron Jablonski

Ron Kowalik
132 Seibert Road
Lancaster, NY  14086

Rotary Club of Buffalo
P O Box 8000
Department 132
Buffalo, NY  14267

Roy R. Cesar
  Attorney & Counselor At Law
295 Main Street, Suite 1094
Buffalo, NY  14203

Ruby Kam
3831 West River Road
Grand Island, NY  14072

Safety Kleen
P O Box 382066
Pittsburgh, PA  15250-8066

Safety Kleen Corp
5400 Legacy Drive
Cluster II Building 3
Plano, TX  75024

Sandy Macey
45 Rollingwoods
West Seneca, NY  14224

Scotty's Automotive
520 N. Central Avenue
Minoa, NY  13116

Seasonall Automotive
515 North Main Street
Newark, NY  14513

Selective Insurance
40 Wantage Avenue
Branchville, NJ  07890

Sign-A-Rama
7810 Transit Road
Williamsville, NY  14221

Small Business Admin
2120 Riverfront Dr
Suite 100
Little Rock, AR  72202-1747

Smitty's Automotive
530 Norton Street
Rochester, NY  14621

Solvents & Petroleum Srvc, Inc
1405 Brewerton Road
Syracuse, NY  13208

Soron
5013 S. Freeman Road
Orchard Park, NY  14127

Southtowns Floor Covering

St Joseph's Hospital
2605 Harlem Road
Cheektowaga, NY  14225

St Paul's Travelers Insurance

Steamway Plus Distributors
P O Box 395
Williamstown, VT  05697

Stoney's Parts Plus
2852 W. Henrietta Road
Rochester, NY  14623

Sunoco
P O Box 1466
Newark, NJ  07101

Supplyside, Inc.
301 Industrial Drive
Tecumseh, MI  49286

Suzanne Oot, Esq.
5900 N. Burdick Street
Suite 209
East Syracuse, NY  13057-9463

Talking Phone Book
1945 Sheridan Drive
Buffalo, NY  14223

Tec Worldwide
Exex Committee
5469 Kearny Village Road
San Diego, CA  92123-1159

Tel Cov
P O Box 931843
Atlanta, GA  31193-1843

The Employment World.Com
P O Box 26499
Rochester, NY  14626

The State Insurance Fund
P O Box 4788
Syracuse, NY  13221-4788

Times Union
P O Box 4803

Toni Teumer
1726 Jackson Road
Penfield, NY  14526

Tri Star Auto

Tri-Star Auto Repairs
3625 Genesee Street
Cheektowaga, NY  14225

Tschopp Supply Co., Inc.
2260 Bailey Avenue
Buffalo, NY  14211

U S Postal Service

Underberg & Kessler
1800 Chase Square
Rochester, NY  14604

United Refining
P O Box 89460
Cleveland, OH  44101-6460

United Rentals
P O Box 19394A
Newark, NJ  07195

USA Clean LLC
56 Sexton Road
McKees Rocks, PA  15136

Valassis
P O Box 71645
Chicago, IL  60694-1645

Van City LLC
570 Seneca Street
West Seneca, NY  14059

Verizon Wireless
P O Box 489
Newark, NJ  07101-0489

Verizon Yellow Pages
P O Box 64809
Buffalo , NY

Victor Liberator Time Cards
110 Allens Creek
Rochester, NY

Vincent Aviol

Walden Dodge
2185 Walden Avenue
Buffalo, NY  14225

Wells Fargo
Payment Remittance Center
P O Box 6426
Carol Stream, IL  60197-6426

Wham
c/o Clear Channel Broadcasting
207 Midtown Plaza
Rochester, NY  14604-0900

White Directory
1945 Sheridan Drive
Buffalo, NY  14223

WHTT-FM

WKBW-TV
7 Broadcast Plaza
Buffalo, NY  14202-2699

Wonderlic
1795 N. Butterfield Road
Libertyville, IL  60048-1238

WTSS-FM
500 Corporate Parkway
Suite 200
Buffalo, NY  14226

WW Grainger, Inc.
Dept. 104-8012396
Palatine, IL  60038-0001

WYSR-Clear Channel

Doro Family Trust, LLC
40 West Washington Street
P. O. Box 348
Ellicottville, NY  14721

Genesee Valley Reg Market Auth
900 Jefferson Road
Henrietta, NY  14623

M&T Bank
4929 Main Street
Amherst, NY  14226

Deborah Doro
40 West Washington Street
Ellicottville, NY  14721

Joseph A. Doro
40 West Washington Street
Ellicottville, NY  14721